# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LORI FORMICA, et al.,

    Plaintiff(s),

v.

RAMON DE LEON CARTER, et al.,

    Defendant(s).

Case No.: 2:20-cv-00221-RFB-NJK

**ORDER**

(Docket No. 8)

Pending before the Court is the parties' discovery plan. Docket No. 8. For the reasons stated below, the discovery plan is **DENIED**.

The presumptively reasonable discovery period is 180 days, measured from the date of the first appearance of any defendant. Local Rule 26-1(b)(1). Here, Defendants filed an answer to the complaint on March 2, 2020, Docket No. 6; therefore, the discovery cut-off is measured from that date. If the parties seek deadlines beyond those specified in Local Rule 26-1(b)(1), their discovery plan must comply with Local Rule 26-1(a). The parties must file a new joint proposed discovery plan that complies in full with the Local Rules, no later than March 25, 2020.

IT IS SO ORDERED.

Dated: March 18, 2020

                                                            Nancy J. Koppe
                                                            United States Magistrate Judge