UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORI FORMICA; JOSHUA FORMICA TYLOER AKERS;<br><br>Plaintiff,<br><br>vs.<br><br>RAMON DE LEON CARTER; MIHIR TRANSPORTATION, INC; DOES 1-10; ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants;<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:20-cv-00221-RFB-NJK<br><br>ORDER GRANTING SUBSTITUTION OF ATTORNEY |

Plaintiff, LORI FORMICA, hereby consents and agrees to the substitution of DEAVER | CRAFTON in place and stead of HARRIS & HARRIS in the above-captioned matter.

DATED tis  12  day of June, 2020.

By _____
LORI FORMICA
Plaintiff

1

1  HARRIS & HARRIS hereby consents to the substitution of DEAVER | CRAFTON as counsel for Plaintiff, LORI FORMICA, in place and stead of HARRIS & HARRIS in the above-captioned matter.

DATED this 10th day of June, 2020.

HARRIS & HARRIS

By_____
CHRISTIAN N. GRIFFIN, ESQ.
Nevada Bar No. 10601
1645 Village Center Circle, Suite 60
Las Vegas, NV 89134

DEAVER | CRAFTON hereby consents to and agrees to substitute in as counsel for Plaintiff, LORI FORMICA, in place and stead of HARRIS & HARRIS in the above-captioned matter.

DATED this 12 day of June, 2020.

DEAVER | CRAFTON

By_____
BRICE J. CRAFTON, ESQ.
Nevada Bar No. 10558
810 E. Charleston Blvd.
Las Vegas, NV 89104

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 15, 2020