J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LORI FORMICA; JOSHUA FORMICA and TYLER AKERS, | CASE NO:    2:20-CV-00221-RFB-NJK |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE** |
| v. | |
| RAMON DE LEON CARTER; MIHIR TRANSPORTATION, INC.; DOES 1-10; and ROE CORPORATIONS 11-20, inclusive, | |
| Defendants. | |
| RAMON DE LEON CARTER and MIHIR TRANSPORTATION, INC., | |
| Counter-Claimant, | |
| v. | |
| LORI FORMICA, | |
| Counter-Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs LORI

FORMICA, JOSHUA FORMICA, and TYLER AKERS and Defendants RAMON DE LEON

CARTER and MIHIR TRANSPORTATION, INC., by and through their respective counsel of

1

KNW 26524

1   record, that the claims asserted by Plaintiffs against any and all named Defendants be dismissed

2   in their entirety, with prejudice, the parties to bear their own costs and fees.

3         IT IS FURTHER STIPULATED AND AGREED that the cross-claims asserted by

4   Defendants RAMON DE LEON CARTER and MIHIR TRANSPORTATION, INC., against

5   Plaintiff LORI FORMICA be dismissed in their entirety, with prejudice, the parties to bear their

6   own costs and fees.

7   Dated this 15 day of September, 2020

8   HARRIS & HARRIS

10  BRIAN K. HARRIS, ESQ.
    Nevada Bar No. 7737

11  CHRISTIAN N. GRIFFIN, ESQ.
    Nevada Bar No. 10601

12  1645 Village Center Circle, Ste. 60
    Las Vegas, NV 89134-6371

13  702-880-4529 Phone
    702-880-4528 Fax

14  Attorneys for Plaintiffs
    Joshua Formica and Tyler Akers

16  Dated this 19 day of October, 2020

17  ANDERTON & ASSOCIATES

18  /s/ Mercedes S. Menendez

19  MERCEDES S. MENENDEZ, ESQ.
    Nevada Bar No. 9443

20  2360 Corporate Circle, Ste. 320
    Henderson, NV 89074-7707

21  702-726-3350 Phone
    877-684-4264 Fax

22  Attorney for Counter-Defendant
    Lori Formica

23

24

---

7   Dated this 19 day of October, 2020

8   ALVERSON TAYLOR & SANDERS

10  J. BRUCE ALVERSON, ESQ.
    Nevada Bar No. 1339
    KARIE N. WILSON, ESQ.
    Nevada Bar No. 7957
    6605 Grand Montecito Pkwy, Ste. 200
    Las Vegas, NV 89149
    702-384-7000 Phone
    702-385-7000 Fax
    Attorneys for Defendants

16  Dated this ___ day of September, 2020

17  DEAVER & CRAFTON

19  BRICE J. CRAFTON, ESQ.
    Nevada Bar No. 10558
    810 E. Charleston Blvd.
    Las Vegas, NV 89104
    702-358-5969 Phone
    702-385-6939 Fax
    Attorney for Plaintiff Lori Formica

---

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

KNW 26524

record, that the claims asserted by Plaintiffs against any and all named Defendants be dismissed

in their entirety, with prejudice, the parties to bear their own costs and fees.

IT IS FURTHER STIPULATED AND AGREED that the cross-claims asserted by

Defendants RAMON DE LEON CARTER and MIHIR TRANSPORTATION, INC., against

Plaintiff LORI FORMICA be dismissed in their entirety, with prejudice, the parties to bear their

own costs and fees.

Dated this ___ day of September, 2020

HARRIS & HARRIS

_____
BRIAN K. HARRIS, ESQ.
Nevada Bar No. 7737
CHRISTIAN N. GRIFFIN, ESQ.
Nevada Bar No. 10601
1645 Village Center Circle, Ste. 60
Las Vegas, NV 89134-6371
702-880-4529 Phone
702-880-4528 Fax
Attorneys for Plaintiffs
Joshua Formica and Tyler Akers

Dated this ___ day of September, 2020

ANDERTON & ASSOCIATES

_____
MERCEDES S. MENENDEZ, ESQ.
Nevada Bar No. 9443
2360 Corporate Circle, Ste. 320
Henderson, NV 89074-7707
702-726-3350 Phone
877-684-4264 Fax
Attorney for Counter-Defendant
Lori Formica

Dated this ___ day of September, 2020

ALVERSON TAYLOR & SANDERS

_____
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

Dated this 11 day of September, 2020

DEAVER & CRAFTON

_____
BRICE J. CRAFTON, ESQ.
Nevada Bar No. 10558
810 E. Charleston Blvd.
Las Vegas, NV 89104
702-358-5969 Phone
702-385-6939 Fax
Attorney for Plaintiff Lori Formica

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

2

KNW 26524

*Lori Formica, et al. v. Ramon De Leon Carter, et al.*
*Case No. 2:20-CV-00221-RFB-NJK*
*Stipulation and Proposed Order for Dismissal,*
*With Prejudice*

**[PROPOSED] ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   19th day  of October, 2020.

Respectfully submitted by:

ALVERSON TAYLOR & SANDERS

_____
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

3

KNW 26524